AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
GERALD L. TAN
Supervising Senior Deputy Attorney General
NV Bar No. 13596
Nevada Office of the Attorney General
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2132
Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov
gtan@ag.nv.gov

*Attorneys for Defendant State of Nevada ex rel.
its Department Employment, Training &
Rehabilitation and the Office of the Governor*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARA JENKINS, | Case No.  2:25-cv-1061-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| STATE OF NEVADA, *ex rel.* DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, a State of Nevada Department; and STATE OF NEVADA *ex rel.* THE OFFICE OF THE GOVERNOR, a State of Nevada Agency; | **(First Request)** |
| Defendants. | |

Plaintiff, KARA JENKINS, and Defendants, State of Nevada, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION AND OFFICE OF THE GOVERNOR ("Defendants"), by and through their respective counsel, hereby stipulate to and respectfully request that the Court extend the deadline to file Defendants Answer by two (2) weeks to Monday, July 7, 2025.

Plaintiff filed her Complaint in state court on May 7, 2025, and served the summons and complaint on May 16, 2025. Defendants timely filed and served their Notice of Removal to this Court on June 16, 2025. [ECF No. 1.] Per Fed. R. Civ. P. 81(c)(2), Defendants' Answer to Plaintiff's complaint

is due today, June 23, 2025. The request for extension is to allow counsel additional needed time to complete their review of information and documents provided by Defendants and to adequately draft Defendants' Answer.

This is the first good faith request for an extension of this deadline and is not made for purposes of undue delay.

APPROVED AS TO FORM AND CONTENT this 23rd day of June 2025.

AARON D. FORD
Attorney General

By: /s/ Cameron P. Vandenberg
CAMERON P. VANDENBERG
Chief Deputy Attorney General
GERALD L. TAN
Supervising Senior Deputy Attorney General

*Attorneys for Defendants*

LAGOMARSINO LAW

BY: /s/ Cristina P. Valentine
CRISTINA P. VALENTINE, ESQ.

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: June 23, 2025

UNITED STATES MAGISTRATE JUDGE