AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
GERALD L. TAN
Supervising Senior Deputy Attorney General
NV Bar No. 13596
Nevada Office of the Attorney General
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2132
Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov
gtan@ag.nv.gov

*Attorneys for Defendant State of Nevada ex rel.
its Department Employment, Training &
Rehabilitation and the Office of the Governor*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARA JENKINS, | Case No.   2:25-cv-1061-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| STATE OF NEVADA, *ex rel.* DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, a State of Nevada Department; and STATE OF NEVADA *ex rel.* THE OFFICE OF THE GOVERNOR, a State of Nevada Agency; | **(Second Request)** |
| Defendants. | |

Plaintiff, KARA JENKINS, and Defendants, State of Nevada, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION AND OFFICE OF THE GOVERNOR ("Defendants"), by and through their respective counsel, hereby stipulate to and respectfully request that the Court extend the deadline to file Defendants Answer by two (2) additional weeks to Monday, July 21, 2025.

Defendants' Answer to Plaintiff's Complaint is currently due July 7, 2025. This request for extension is based on the fact that counsel has been ill recently and is covering two vacant positions in

the office in addition to her own.  More time is needed to complete Defendants' Answer.

This is the second good faith request for an extension of this deadline and is not made for purposes of undue delay.

APPROVED AS TO FORM AND CONTENT this 7th day of July 2025.

>AARON D. FORD
>Attorney General
>
>By:   */s/ Cameron P. Vandenberg*
>       CAMERON P. VANDENBERG
>       Chief Deputy Attorney General
>       GERALD L. TAN
>       Supervising Senior Deputy Attorney General
>
>*Attorneys for Defendants*
>
>LAGOMARSINO LAW
>
>BY:   */s/ Cristina P. Valentine*
>       CRISTINA P. VALENTINE, ESQ.
>
>*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED: July 7, 2025

_____
UNITED STATES MAGISTRATE JUDGE