**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Kara Jenkins*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARA JENKINS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA *ex rel.* DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, a State of Nevada Department; and STATE OF NEVADA *ex rel.* THE OFFICE OF THE GOVERNOR, a State of Nevada agency;<br><br>Defendants. | CASE NO.:    2:25-cv-01061-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their undersigned attorneys that the discovery cut-off date of December 15, 2025, be continued for a period of ninety (90) days from the Court's prior order (ECF No. 13), for the purpose of allowing the parties to complete written discovery, complete the depositions of the parties, experts, and lay witnesses, and any other discovery the parties wish to conduct.

## I.    DISCOVERY COMPLETED TO DATE

- Disclosure and subsequent Review of Initial Disclosures:

    o   Plaintiff served her initial disclosures on August 7, 2025.

    o   Defendants served their initial disclosures on August 21, 2025.

...

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

LAGOMARSINO LAW

3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

**II.    DISCOVERY YET TO BE COMPLETED**

The Parties have yet to complete the following discovery:

- serve / respond to written discovery;
- disclose initial and rebuttal experts;
- take the depositions of fact and expert witnesses;
- take the deposition(s) of the Defendants' FRCP 30(b)(6) designee(s);
- Any additional discovery the parties wish to conduct that is permitted by the Nevada Rules of Civil Procedure.

**III.    REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

This is the first request for an extension of time. The parties have been and continue to be diligent in their discovery efforts in this document-intensive case. Plaintiff's firm finished a three (3) week-long trial in the Eighth Judicial District Court at the end of August, which involved extensive briefing. Plaintiff's counsel was also responsible for an employment arbitration in August, which involved post-hearing briefing finalized on September 12, 2025. Meanwhile, Defendants' counsel has been hampered by the technical issues continuing to occur state-wide due to the cyberattack. The parties also anticipate engaging in ENE Program following Plaintiff's counsel's notice of the program's applicability to this case. *See* ECF No. 14.

In light of these circumstances, the Parties believe a ninety (90) day extension of discovery deadlines and trial is necessary and reasonable to allow for the completion of the aforementioned discovery while also avoiding unnecessary costs given the parties' anticipated engagement in the ENE Program. The parties respectfully submit that the reasons set forth above constitute good cause for this extension. This request is made in good faith, and not for the purpose of delay.

. . .

. . .

## IV.    PROPOSED EXTENDED DEADLINES

|  | Current | Proposed |
|---|---|---|
| Deadline for initial expert disclosures | 10/16/25 | **Wednesday, January 14, 2026** |
| Deadline for rebuttal expert disclosures | 11/17/25 | **Monday, February 16, 2026[1]** |
| Discovery cut-off | 12/15/25 | **Monday, March 16, 2026[2]** |
| Deadline to file dispositive motions | 01/14/26 | **Tuesday, April 14, 2026** |
| Pre-trial order | 02/13/26 | **Thursday, May 14, 2026** |

IT IS SO STIPULATED AND AGREED.

DATED this 24th day of September, 2025.          DATED this 24th day of September, 2025.

**LAGOMARSINO LAW**                                      **ATTORNEY GENERAL**

*/s/ Cristina P. Valentine, Esq.*                       */s/ Cameron P. Vandenberg, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)        CAMERON P. VANDENBERG, ESQ. (#4356)
CRISTINA P. VALENTINE, ESQ. (#16440)         GERALD L. TAN, ESQ. (#13596)
3005 W. Horizon Ridge Pkwy., #241                5420 Kietzke Lane, #202
Henderson, Nevada 89052                             Reno, Nevada 89511
Telephone: (702) 383-2864                            Telephone: (775) 687-2132
*Attorneys for Plaintiff Jenkins*                      *Attorneys for Defendants*

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  September 25, 2025

---

[1] This deadline falls on February 15, 2026, which is a Sunday. As a result, this deadline extends to the next court day of Monday, February 16, 2025, by operation of FRCP 6.

[2] This deadline falls on March 15, 2026, which is a Sunday. As a result, this deadline extends to the next court day of Monday, March 16, 2025, by operation of FRCP 6.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052    Facsimile (702) 383-0065
Telephone (702) 383-2864