**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Jenkins*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARA JENKINS, an individual; | CASE NO.:    2:25-cv-01061-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |
| STATE OF NEVADA *ex rel.* DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, a State of Nevada Department; and STATE OF NEVADA *ex rel.* THE OFFICE OF THE GOVERNOR, a State of Nevada agency; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their undersigned attorneys that the discovery cut-off date of March 16, 2026, be continued for a period of ninety (90) days from the Court's prior order (ECF No. 16), for the purpose of allowing the parties to complete written discovery, complete the depositions of the parties, experts, and lay witnesses, and any other discovery the parties wish to conduct.

## I.    DISCOVERY COMPLETED TO DATE

- Plaintiff served her initial disclosures on August 7, 2025.

- Defendants served their initial disclosures on August 21, 2025.

- Plaintiff served two sets of written discovery; the first set on October 3, 2025, and the second set on October 23, 2025. Plaintiff is still awaiting responses to those sets of discovery. Plaintiff scheduled a meet and confer with Defendants' counsel regarding the

delayed written discovery, which occurred on December 10, 2025. At that time, the parties agreed the written discovery responses would be responded to by December 17, 2025.

- The parties are in the process of scheduling depositions for Duane Anderson, Troy Jordan, and Christopher Sewell. The delayed document production has further delayed the scheduling of these depositions, which will necessarily involve review of the requested documents among other things.

## II.    DISCOVERY YET TO BE COMPLETED

The Parties have yet to complete the following discovery:

- respond to written discovery;
- disclose initial and rebuttal experts;
- take the depositions of all anticipated fact and expert witnesses;
- Any additional discovery the parties wish to conduct that is permitted by the Federal Rules of Civil Procedure.

## III.    REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This is the second request for an extension of time. The parties have been and continue to be diligent in their discovery efforts in this document and fact-intensive case.

Scheduling the Early Neutral Evaluation ("ENE") was unexpectedly delayed in this case. Consequently, Plaintiff filed a Notice of Title VII Action Pursuant to LR 16-6(B) on September 16, 2025 (ECF No. 14). Shortly thereafter, on September 24, 2025, the parties filed a stipulation and order to extend discovery deadlines, in part, in anticipation of the requested ENE being scheduled and, thus, to avoid significant costs prior to that date (ECF No. 15). The parties previously agreed that the success of the ENE is more likely with lower costs expended, especially given the need for extensive expert testimony and review of documents in this case. The Clerk filed a notice assigning the case to the ENE Program on October 14, 2025 (ECF No. 17), but scheduling the ENE itself for January 14, 2026 (ECF No. 18).

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

In the meantime, Plaintiff served two separate sets of written discovery, one on October 3, 2025, and another on October 23, 2025. The Defendants subsequently requested an extension to respond and disclose the documents requested, pushing their deadline to December 1, 2025. After the written discovery responses and documents were not provided on December 1, 2025, Plaintiff's counsel, Cristina P. Valentine, Esq., contacted Defendants' counsel, Cameron P. Vandenberg, Esq., and was able to schedule a meet and confer regarding the delayed discovery. That meet and confer occurred on December 10, 2025, between Plaintiff's counsel, Cristina P. Valentine, Esq., contacted Defendants' counsel, Cameron P. Vandenberg, Esq. During the meet and confer, Defendants' counsel represented that the written discovery responses and related documents will be produced by December 17, 2025. Defendants' counsel further represented that the ongoing delays have been caused by significant staffing shortages and technology issues that continue to plague the Attorney General's Office. Due to this ongoing delay, depositions must be further delayed, and experts cannot yet complete their review of documents in this case.

In addition to the aforementioned delays, the parties still maintain that lower costs will increase the likelihood of a positive ENE outcome. Delaying significant time spent on expert review until after the ENE on January 14, 2026, will support this effort.

In light of these circumstances, the Parties believe a ninety (90) day extension of discovery deadlines and trial is necessary and reasonable to allow for the completion of the aforementioned discovery without prejudice to Plaintiff while also avoiding significant costs that will negatively affect the parties' anticipated engagement in the ENE. The parties respectfully submit that the reasons set forth above constitute good cause for this extension. This request is made in good faith, and not for the purpose of delay.

IV.    **PROPOSED EXTENDED DEADLINES**

|  | Current | Proposed |
|---|---|---|
| Deadline for initial expert disclosures | 01/14/26 | **Tuesday, April 14, 2026** |
| Deadline for rebuttal expert disclosures | 02/16/26 | **Monday, May 18, 2026[1]** |
| Discovery cut-off | 03/16/26 | **Monday, June 15, 2026[2]** |

---

[1] This deadline falls on May 17, 2026, which is a Sunday. As a result, this deadline extends to the next court day of Monday, May 18, 2026, by operation of FRCP 6.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

| Deadline to file dispositive motions | 04/14/26 | **Monday, July 13, 2026** |
|---|---|---|
| Pre-trial order | 05/14/26 | **Wednesday, August 12, 2026** |

### IT IS SO STIPULATED AND AGREED.

DATED this 10th day of December, 2025.     DATED this 10th day of December, 2025.

**LAGOMARSINO LAW**                                  **ATTORNEY GENERAL**

*/s/ Cristina P. Valentine, Esq.*                   */s/ Cameron P. Vandenberg, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)                  CAMERON P. VANDENBERG, ESQ. (#4356)
CRISTINA P. VALENTINE, ESQ. (#16440)                GERALD L. TAN, ESQ. (#13596)
3005 W. Horizon Ridge Pkwy., #241                   5420 Kietzke Lane, #202
Henderson, Nevada 89052                             Reno, Nevada 89511
Telephone: (702) 383-2864                           Telephone: (775) 687-2132
*Attorneys for Plaintiff Jenkins*                   *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: December 10, 2025**

---

[2] This deadline falls on June 14, 2026, which is a Sunday. As a result, this deadline extends to the next court day of Monday, June 15, 2026, by operation of FRCP 6.

*(Left margin, vertical text)* **LAGOMARSINO LAW** 3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052   Telephone (702) 383-2864   Facsimile (702) 383-0065